Opinion issued December 6, 2007









In The

Court of Appeals

For The

First District of Texas


______________


NO. 01-06-00147-CR

____________


AVERY RAY, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 178th District Court

Harris County, Texas

Trial Court Cause No. 1030654






MEMORANDUM OPINION

 On October 11, 2007, appellant filed a motion to dismiss his appeal. The
motion complies with the Texas Rules of Appellate Procedure. See Tex. R. App. P.
42.2(a). We have not yet issued an opinion. Accordingly, the motion is granted, and
the appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.

Do not publish. See Tex. R. App. P. 47.2(b).